# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN MCKENDRICK,<br><br>　　　　　　Petitioner,<br>v.<br>WILLIAM REUBART, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:22-cv-00165-LRH-CSD<br><br>**ORDER** |

Petitioner Sean McKendrick filed an Unopposed Motion for an Extension of Time to File Amended Petition (First Request) (ECF No. 11 ("Motion").) The Court finds the Motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

**IT IS THEREFORE ORDERED:**

1. Petitioner's Unopposed Motion for an Extension of Time to File Amended Petition (ECF No. 11) is GRANTED. The deadline for Petitioner to file an amended petition is February 10, 2023.

DATED this 3rd day of October, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE