1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SEAN MCKENDRICK,

                                        Petitioner,

        v.

WILLIAM REUBART, *et al.*,

                                        Respondents.

Case No. 3:22-cv-00165-LRH-CSD

**ORDER**

        This habeas matter is before the Court on Petitioner Sean McKendrick's unopposed second Motion to Extend Time (ECF No. 14).  Good cause appearing, the Court grants Petitioner's motion to extend. Petitioner has until March 23, 2023 to file his amended petition.

        Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

        **IT IS THEREFORE ORDERED** that Petitioner's Motion to Extend Time (ECF No. 14) is GRANTED.

        DATED this 13th day of February 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE