# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SEAN MCKENDRICK,

Petitioner,

v.

WILLIAM REUBART, *et al.,*

Respondents.

Case No. 3:22-cv-00165-ART-CSD

**ORDER**

This habeas matter is before the Court on Respondents' Motion for Clarification (ECF No. 37), Motions to Extend Time (ECF Nos. 35, 38) and Motion to Seal (ECF No. 41). For the reasons discussed below, the Court grants Respondents' Motions.

## I.    Background

In May 2023, the Court granted McKendick's motion to stay case pending exhaustion of the unexhausted claims asserted in his amended petition. ECF No. 25. In October 2025, the Court granted McKendrick's motion to reopen these federal habeas proceedings. ECF Nos. 30, 34. In its order granting McKendrick's motion to reopen, the Court set a briefing schedule providing a deadline for Respondents to file their Answer.

## II.    Discussion

### a.  Motion for Clarification

Respondents request clarification regarding the Court's briefing schedule as to whether they must file an answer because Respondents have not had the opportunity to file a motion to dismiss or any other response addressing procedural defenses. The Court clarifies that Respondents may file a motion to dismiss in response to the amended petition. The Court did not intend to limit Respondents to filing an answer.

1

### b. Motion to Seal

Respondents seek leave to file under seal: Exhibit 9, Petitioner's Presentence Investigation Report ("PSI") (ECF No. 42-1), dated April 23, 2019. Under Nevada law, the PSI is "confidential and must not be made a part of any public record." Nev. Rev. Stat. § 176.156(5).

Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect McKendrick's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. Accordingly, Respondents' Motion is granted and Exhibit 9 is considered properly filed under seal.

### c. Motions to Extend

Respondents seek an extension of time to file their response to the first amended petition. ECF Nos. 35, 38. The Court finds the requests are made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions. Respondents have 30 days from the date of entry of this order to file their response to the first amended petition.

## III.    Conclusion

It is therefore ordered that Respondents' Motion for Clarification (ECF No. 37) is granted.

It is further ordered that Respondents' Motions to Extend (ECF Nos. 35, 38) are granted. Respondents have 30 days from the date of entry of this order to file their response to the first amended petition.

///

///

///

///

///

2

It is further ordered that Respondents' Motion for Leave to File Exhibit Under Seal (ECF No. 41) is granted. Exhibit 9 is considered properly filed under seal.

DATED this 22nd day of April 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE