# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SEAN MCKENDRICK,

Petitioner,

v.

WILLIAM REUBART, *et al.*,

Respondents.

Case No. 3:22-cv-00165-ART-CSD

**ORDER**

Petitioner Sean McKendrick seeks an extension of time to file his opposition to Respondents' Motion to Dismiss. ECF Nos. 47, 48. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motions.

It is therefore ordered Petitioner's Motions to Extend (ECF Nos. 47, 48) is granted *nunc pro tunc*.

DATED this 14th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE